IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KUBER, | CASE NO. CV-F-04-5625 REC LJO |
| Plaintiff, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | Date:  February 14, 2005 |
| CHURCH &SWIGHT, CO., et al, | Time:  8:30 a.m. |
| Defendants. | Dept.:  6 (LJO) |
| _____/ | |

This Court conducted a June 14, 2005 status conference to address whether this matter has proceeded to arbitration before the American Arbitration Association. Plaintiff Ronald Kuber appeared by telephone by counsel Tracy A. Agrall. Defendants Church & Dwight Co., Inc. and Biovance Technologies, Inc. appeared by telephone by counsel Darryl J. Horowitt, Coleman & Horowitt. Counsel reported that mediation resulted in settlement progress and that if the matter does not settle, it will be placed on the American Arbitration Association calendar with arbitration completed six months thereafter. Accordingly, this Court SETS a telephonic status conference for February 14, 2006 at 8:30 a.m. in Department 6 (LJO). Counsel shall appear by telephone by arranging a one-line conference call and adding the Court at (559) 498-7322. At the conference, counsel shall be prepared to discuss the status of arbitration and whether this action should remain stayed.

IT IS SO ORDERED.

**Dated:   June 9, 2005**              /s/ Lawrence J. O'Neill
66h44d                                UNITED STATES MAGISTRATE JUDGE