1

2

3

4

5

6

7        **IN THE UNITED STATES DISTRICT COURT**

8        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   RONALD KUBER,                              CASE NO. CV-F-04-5625 REC LJO

11                    Plaintiff,          _____**ORDER TO SET STATUS CONFERENCE**

          vs.
12                                          Date:   September 6, 2006
     CHURCH &SWIGHT, CO., et al,            Time:  8:30 a.m.
13                                          Dept.:  8 (LJO)
                    Defendants.
14   _____/

15        This Court conducted a February 16, 2006 status conference to address the status of mediation

16   of the parties' dispute and pending arbitration before the American Arbitration Association.  Plaintiff

17   Ronald Kuber appeared by telephone by counsel Tracy A. Agrall.  Defendants Church & Dwight Co.,

18   Inc. and Biovance Technologies, Inc.  appeared by telephone by counsel Darryl J. Horowitt, Coleman

19   & Horowitt. Counsel reported that the parties engage in informal discovery and that plaintiff has

20   produced documents to defendants who are preparing their document production.  Counsel expressed

21   a preference to proceed to mediation prior to arbitration of their dispute and estimated the parties will

22   require six months to complete mediation and/or arbitration.  Accordingly, this Court SETS a telephonic

23   status conference for September 6, 2006 at 8:30 a.m. in Department 8 (LJO). Counsel shall appear by

24   telephone by arranging a one-line conference call and adding the Court at (559) 499-5680.  At the

25   conference, counsel shall be prepared to discuss the status of mediation and/or arbitration and whether

26   this action should remain stayed.

27        IT IS SO ORDERED.

28   **Dated:    February 14, 2006                    /s/ Lawrence J. O'Neill**

1

1    66h44d                                    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28