1  Tracy A. Agrall (SBN 100013)
   **TRACY A. AGRALL**
2  A Professional Corporation
   P.O. Box 3365
3  Clovis, CA 93613-3365
   Telephone: (559) 299-1135
4  Facsimile: (559) 299-1108

5  Attorney for Ronald Kuber, Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| RONALD KUBER, individually and dba CONNOR MARKETING, | Case Number: CV-F-04-5625 REC LJO |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| v. | |
| CHURCH & DWIGHT CO. INC., a Delaware Corporation; BIOVANCE TECHNOLOGIES, INC., a Delaware Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties through their counsel of record, that the above entitled case shall be dismissed in its entirety, with prejudice.

TRACY A. AGRALL, a professional corporation

Dated: _____

By: _/s/_____
   Tracy A. Agrall, attorneys for Plaintiff


COLEMAN & HOROWITT, LLP

Dated: _____

By:__/s/_____
   Darryl J. Horowitt, attorneys for

1  Defendants

## ORDER

The parties having so stipulated, and good cause appearing therefor,

IT IS SO ORDERED.

**Dated:   January**          /s/ Lawrence J. O'Neill
66h44d                    UNITED STATES MAGISTRATE JUDGE

TRACY A. AGRAMA 93613-3365

STIPULATION FOR DISMISSAL AND ORDER - CASE NUMBER CV-F-04-5625 REC LJO

Page 2 of 2