Tracy A. Agrall (SBN 100013)
**TRACY A. AGRALL**
A Professional Corporation
P.O. Box 3365
Clovis, CA 93613-3365
Telephone: (559) 299-1135
Facsimile: (559) 299-1108

Attorney for Ronald Kuber, Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| RONALD KUBER, individually and dba CONNOR MARKETING, <br><br> Plaintiff, <br><br> v. <br><br> CHURCH & DWIGHT CO. INC., a Delaware Corporation; BIOVANCE TECHNOLOGIES, INC., a Delaware Corporation, <br><br> Defendants. | Case Number: CV-F-04-5625 REC LJO <br><br> **STIPULATION FOR DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their counsel of record, that the above entitled case shall be dismissed in its entirety, with prejudice.

TRACY A. AGRALL, a professional corporation

Dated: _____   By: _____/s/_____
                                          Tracy A. Agrall, attorneys for Plaintiff


COLEMAN & HOROWITT, LLP

Dated: _____   By: _____/s/_____
                                          Darryl J. Horowitt, attorneys for Defendants

## ORDER

The parties seek dismissal of this action. Rule 41(a) of the Federal Rules of Civil Procedure. Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated. See Fed. R. Civ. Pro. 41(a)(1)(ii).

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.

**Dated:    January 8, 2007**          **/s/ Anthony W. Ishii**
0m8i78                    UNITED STATES DISTRICT JUDGE